Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

**AMENDED**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:     Clerk, U.S. Bankruptcy Court

Re:     UNDISTRIBUTED FUNDS

Case No.:   6:07-bk-15056-MJ

Debtor(s):  DARRELL EUGENE CLARK
            22671 SPRINGDALE DR
            MORENO VALLEY, CA  92557

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| DARRELL E CLARK<br>22671 SPRINGDALE DR<br>MORENO VALLEY, CA 92557 | $433.00 |

Dated: 11/29/10

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| | ROD DANIELSON, Chapter 13 Trustee | | | | | Date: Nov 23, 2010 | |
|---|---|---|---|---|---|---|---|
| Payee: US BANKRUPTCY COURT | | | | | | | |
| Case # | Debtor Name(s) | | Account # | Claim # | Payment | Interest | Principal |
| 0715056 | DARRELL EUGENE CLARK | | | 00000 | 433.00 | 0.00 | 433.00 |
| | | | PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | TOTALS: | 433.00 | 0.00 | 433.00 |

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

DARRELL EUGENE CLARK
BALANCE:  [0.00  Claim:00000]
ACCT:
PRINCIPAL: 433.00

16-4430
1220

CASE: 0715056
INTEREST: 0.00

1ST ENTERPRISE BANK
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0333049

CHECK DATE: Nov 23, 2010
AMOUNT: ********433.00**
VOID 45 DAYS FROM DATE

PAY  Four Hundred Thirty Three And 00 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0333049⑈ ⑆122044300⑆ ⑈030⑈100078⑈